In the Matter of SOL L. SUCHMAN, an Attorney, Respondent.

First Department, February 10, 1939.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On January 23, 1939, the respondent was sentenced by the Court of General Sessions of the County of New York to imprisonment in the State prison following his conviction in that court by confession of the crime of forgery in the second degree, which crime is a felony.

Pursuant to section 477 and subdivision 3 of section 88 of the Judiciary Law, the respondent, therefore, must be disbarred.

Present — MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and COHN, JJ.

Respondent disbarred.